UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, et al.,<br><br>                    Plaintiffs,<br><br>   v.<br><br>STATE FARM MUTUAL INSURANCE COMPANY,<br><br>                    Defendant.<br><br>―――――――<br><br>FAYSAL A. JAMA,<br><br>                  Plaintiff,<br><br>   v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                    Defendant. | CASE NO. C20-454 MJP<br><br>CASE NO. C20-652 MJP<br><br>ORDER ON MOTIONS TO CONSOLIDATE |

1  The above-entitled Court, having received and reviewed:

2  1. Defendant Motion to Consolidate (Dkt. No. 14),

3  2. Plaintiff's Opposition to Defendant Motion to Consolidate (Dkt. No. 19),

4  3. Defendant Reply in Support of Motion to Consolidate (Dkt. No. 31),

5 all attached declarations and exhibits, and relevant portions of the record, rules as follows:

6  IT IS ORDERED that the motion is DENIED; the Court instead orders counsel in the two

7 above-cited matters to coordinate their preparation of these cases.

8  IT IS FURTHER ORDERED that counsel are to prepare proposed case schedules for

9 these matters which reflect coordinated timelines for motions on identical issues of law,

10 coordinated depositions of overlapping witnesses, and coordination of all overlapping discovery;

11 the proposed case schedules must be filed by no later than **July 31, 2020**.

13  The clerk is ordered to provide copies of this order to all counsel.

14  Dated July 17, 2020.

               Marsha J. Pechman
               United States Senior District Judge