UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAYSAL A. JAMA,

                Plaintiff,

    v.

STATE FARM FIRE AND CASUALTY COMPANY,

                Defendant.

CASE NO. C20-652 MJP

ORDER SETTING TRIAL AND RELATED DATES

| | |
|---|---|
| JURY TRIAL DATE | November 1, 2021 |
| Discovery opens/Initial Disclosures due | August 15, 2020 |
| Deadline for joining additional parties | September 21, 2020 |
| Deadline for Plaintiff to file motion for class certification and provide Rule 26 expert reports | January 29, 2021 |
| Deadline for Defendant to oppose class certification and provide Rule 26 expert reports | March 26, 2021 |
| Deadline for Plaintiff to file reply in support of class certification | April 23, 2021 |
| Discovery completed | June 16, 2021 |
| Dispositive motions to be filed no later than | August 13, 2021 |

ORDER SETTING TRIAL AND RELATED DATES - 1

| Motions in limine to be filed no later than | September 10, 2021 |
|---|---|
| Agreed pretrial order | October 1, 2021 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits | October 22, 2021 |
| Estimated trial length | 10 days |
| | |

The clerk is ordered to provide copies of this order to all counsel.

Dated August 5, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER SETTING TRIAL AND RELATED DATES - 2