The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAYSAL A. JAMA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00652-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR ANSWER |

THIS MATTER came on regularly before the Court on the parties' Stipulated Motion to Extend Deadline for Answer.

The Court, being fully advised, HEREBY ORDERS that the deadline for the answer to Plaintiff's Complaint is November 30, 2020.

SO ORDERED this 24th day of November, 2020.

_____
Marsha J. Pechman
United States District Judge

Presented by:

BETTS, PATTERSON & MINES, P.S.

*s/ Peter W. Herzog III*

Order Granting Stipulated Motion to
Extend Deadline for Answer
Case No. 2:20-cv-00652-MJP

1

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
P. 206.268.8652

Peter W. Herzog III (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
211 N. Broadway, Suite 2825
St. Louis, Missouri 63102
Phone:        314.326.4128
Fax:          303.244.1879
Email:        pherzog@wtotrial.com


Eric L. Robertson (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, Colorado  80202-5647
Phone:        303.244.1842
Fax:          303.244.1879
Email: robertson@wtotrial.com


By  */s Matthew Munson*
Matthew Munson, WSBA #32019
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA 98101-3927
Telephone:(206) 292-9988
E-mail:mmunson@bpmlaw.com
Attorneys for defendant State Farm
Fire and Casualty Insurance Company

*s/ Mark A. Trivett*
Duncan C. Turner, WSBA #20597
Mark A. Trivett, WSBA #46375
Badgley Mullins Turner, PLLC
19929 Ballinger Way NW, #200
Seattle, WA 98155
Telephone: 206-621-6566
Fax:          206-621-9686
Email:     dturner@badgleymullins.com
               mtrivett@badgleymullins.com

Daniel R. Whitmore, WSBA #24012
Law Office of Daniel R. Whitmore, P.S.
6840 Fort Dent Way, #210
Tukwila, WA 98188
Telephone: 206-329-8400
Facsimile:  206-329-8401
Email: dan@whitmorelawfirm.com

Order Granting Stipulated Motion to
Extend Deadline for Answer
Case No. 2:20-cv-00652-MJP

2

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101-3927
P. 206.268.8652

1 | *Attorneys for Plaintiff and Putative Class*

Order Granting Stipulated Motion to
Extend Deadline for Answer
Case No. 2:20-cv-00652-MJP

3

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101-3927
P. 206.268.8652