The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAYSAL A. JAMA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00652-MJP<br><br>AMENDMENT TO STIPULATED PROTECTIVE ORDER |

The Court's Stipulated Protective Order (Dkt. No. 28) is hereby amended so that Paragraph 3 of the Stipulated Protective Order is deleted and replaced with the following:

3. The disclosure of Confidential Information is restricted to Qualified Persons. "Qualified Persons," as used herein, means: the Parties to this pending Lawsuit, captioned *Jama v. State Farm Fire and Casualty Co.*, Case No. 2:20-cv-00652-MJP (W.D. Wash.); their respective counsel; counsel's staff; expert witnesses; outside service-providers and consultants providing services related to document and ESI processing, hosting, review, and production; the Court; other court officials (including court reporters); the trier of fact pursuant to a sealing order as provided in paragraph 16 below; any person who wrote or received the document, ESI, or other material in the ordinary course of employment or agency; the Parties to the lawsuit captioned *Ngethpharat v. State Farm Mutual Automobile Insurance Co.*, Case No. 2:20-cv-00454-MJP (W.D. Wash.), their respective counsel, counsel's staff, and expert witnesses; and any person so designated pursuant to paragraph 4. If this Court so elects, any other person may be designated as a Qualified Person by order of this Court, after notice to the Parties.

Amendment to Stipulated Protective Order
Case No. 2:20-cv-00652-MJP

1

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101-3927
P. 206.268.8652

DONE and ORDERED this 7th day of December, 2020.

_____

The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Peter W. Herzog*
Peter W. Herzog III (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
211 N. Broadway, Suite 2825
St. Louis, Missouri 63102
Phone: 314.326.4128
Fax: 303.244.1879
Email: pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, Colorado  80202-5647
Phone: 303.244.1842
Fax: 303.244.1879
Email: robertson@wtotrial.com

*s/ Matthew Munson*
Joseph D. Hampton, WSBA #15297
Matthew Munson, WSBA #32019
Betts, Patterson & Mines, P.S.
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Phone: 206.292.9988
Fax: 206.343.7053
Email: jhampton@bpmlaw.com
       mmunson@bpmlaw.com

*Attorneys for Defendant*

Amendment to Stipulated Protective Order
Case No. 2:20-cv-00652-MJP

2

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101-3927
P. 206.268.8652