UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ANYSA NGETHPHARAT, and JAMES KELLEY | CASE NO. C20-454 MJP |
|---|---|
| Plaintiffs, | CASE NO. C20-652 MJP |
| v. | **ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE** |
| STATE FARM MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |
| FAYSAL A. JAMA, | |
| Plaintiff, | |
| v. | |
| STATE FAR, FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

This matter comes before the Court on Defendants' Motion for Relief from Deadline filed in both above-captioned matters. (Ngethpharat Dkt. No. 101; Jama Dkt. No. 73.) Having

ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE - 1

reviewed the Motion, the Joint Opposition (Ngethpharat Dkt. No. 102; Jama Dkt. No. 74), the Reply (Ngethpharat Dkt. No. 103; Jama Dkt. No. 75), and the relevant portions of the record, the Court GRANTS the Motion.

Invoking Local Rule 7(j) and Fed. R. Civ. P. 6(b)(1)(A), Defendants seek an additional 7 days to respond to Plaintiffs' Joint Motion to Exclude John G. Lynch, Jr., Ph.D. (Ngethpharat Dkt. No. 93; Jama Dkt. No. 67). As required by Local Rule 7(j), Defendants filed this motion sufficiently in advance of their opposition deadline. And Defendants have demonstrated good cause to justify the brief extension. Plaintiffs have not shown any evidence of bad faith in the request or why they would face any prejudice from this brief extension. In opposing the present Motion, Plaintiffs instead seize on the specter of another motion that Defendants may file. This does not convince the Court that the present, limited request for an extension is improper.

The Court therefore GRANTS the Motion. The Court re-notes Plaintiffs Joint Motion to Exclude Lynch to May 21, 2021, and Defendants' opposition shall be due no later than May 17, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 6, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE - 2